```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION


PAUL N. WARE and FINANCIAL          §
SYSTEMS INNOVATION, L.L.C.          §
                                    §
VS.                                 §   ACTION NO. 4:04-CV-479-Y
                                    §
PIER 1 IMPORTS, INC., ET AL.        §
```

<u>ORDER DIRECTING ENTRY OF RULE 54(B) FINAL JUDGMENT AND<br>CHANGING STYLE OF CASE</u><br>(With Special Instructions to the Clerk of the Court)

In orders filed in this cause on September 22, 2004, September 29, 2004, March 30, 2005, and April 18, 2005, the claims pending between Plaintiffs and several of the defendants in this action were dismissed with prejudice. After review of this matter, the Court finds that no just cause exists for delaying the entry of final judgment regarding these claims and DIRECTS the clerk to enter the Partial Final Judgment issued this same day. *See* FED. R. CIV. P. 54(b).

As a result of the issuance of this partial final judgment, the Court concludes that the style of this cause should be and is hereby CHANGED to the following to accurately reflect the remaining parties: *Paul N. Ware and Financial Systems Innovation, L.L.C. versus Williams-Sonoma, Inc., Linens 'N Things, Inc., and Costco Wholesale Corporation*. The clerk of the Court shall note the new style on the docket in this cause, and all future pleadings shall bear the new style.

SIGNED December 29, 2005.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE